UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAYON THEODORE JONES,

       Petitioner,                         Case No. 17-cv-12332
                                                       Hon. Matthew F. Leitman

v.

SHANE JACKSON,

       Respondent.
_____/

**JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus.  In accordance with the Opinion and Order entered on this date:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  By: s/Holly A. Monda
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman                            Dated:  August 5, 2020
Matthew F. Leitman                               Flint, Michigan
United States District Court